ACCEPTED
04-14-00542-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/2014 4:38:12 PM
KEITH HOTTLE
CLERK

CASE NO. 04-14-00542-CV

IN THE COURT OF
APPEALS
FOR THE FOURTH JUDICIAL
CIRCUIT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/2014 4:38:12 PM
KEITH E. HOTTLE
Clerk

CITY OF LEON VALLEY, TEXAS, UNKNOWN
EMPLOYEE(S) OF CITYOF LEON VALLEY and
IRENE BALDRIDGE, Individually
Appellants

v.

WM. RANCHER ESTATES JOINT VENTURE,
RAFAEL ALFARO, JOSE ALFARO, CARMAN ALFARO, DANIEL
BEE, ROBERT CALDWELL, ANNE CALDWELL,
DEFERNCE SERVICE BUSINESS, INC., EARL DODERER, SYLVIA
DODERER, JAMES DOWDY, BETTY DOWDY,
ISSAC ELIZONDO, SUZANNE ELINZONDO, ROBERTO GALINDO,
ERMA GALINDO, SHIRL JACKSON, ANNE
JACKSON, AND RICARDO A. PADILLA
Appellees

## APPELLEES' SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEF

O. RENE DIAZ
(SBN: 05804775)

DIAZ JAKOB, LLC
The Historic Milam Building
115 E. Travis St. Suite 333
San Antonio, TX 78205
Tel. (210) 226-4500
Fax (210) 226-4502
E-mail/E-Service: ORD@diazjakob.com

COUNSEL FOR APPELLEES

CASE NO. 04-14-00542-CV

IN THE COURT OF
APPEALS
FOR THE FOURTH JUDICIAL
CIRCUIT SAN ANTONIO, TEXAS

CITY OF LEON VALLEY, TEXAS, UNKNOWN
EMPLOYEE(S) OF CITYOF LEON VALLEY and
IRENE BALDRIDGE, Individually
Appellants

v.

WM. RANCHER ESTATES JOINT VENTURE,
RAFAEL ALFARO, JOSE ALFARO, CARMAN ALFARO,
DANIEL S. BEE, ROBERT CALDWELL, ANNE CALDWELL,
DEFERENCE SERVICE BUSINESS, INC., EARL
DODERER, SYLVIA DODERER, JAMES DOWDY,
BETTY DOWDY, ISSAC ELIZONDO, SUZANNE
ELINZONDO, ROBERTO GALINDO, ERMA GALINDO,
SHIRL JACKSON, ANNE JACKSON, AND RICARDO A.
PADILLA
Appellees

APPELLEES' SECOND UNOPPOSED MOTION TO EXTEND
TIME TO FILE APPELLEES' BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COME the APPELLEES, WM. RANCHER ESTATES JOINT VENTURE,

RAFAEL ALFARO, JOSE ALFARO, CARMAN ALFARO, DANIEL BEE, ROBERT

CALDWELL, ANNE CALDWELL, DEFERENCE SERVICE BUSINESS, INC., EARL

DODERER, SYLVIA DODERER, JAMES DOWDY, BETTY DOWDY, ISSAC

ELIZONDO, SUZANNE ELINZONDO, ROBERTO GALINDO, ERMA GALINDO,

SHIRL JACKSON, ANNE JACKSON, AND RICARDO A. PADILLA, (jointly referred to as "Appellees") and pursuant to Texas Rules of Appellate Procedure 10 file this Second Unopposed Motion to Extend Time to File Appellees' Brief and would show the Court as follows:

1.      This is the second Motion to Extend time filed by the Appellees, and it is unopposed by the Appellants counsel.  See the ***Certificate of Conference*** set forth below in Paragraph No. 11.

2.      The current deadline for the Appellees brief was December 30, 2014; however, Appellees were not able to complete the brief within the time allotted for a combination of reasons, including the following:  (a) the hospitalization and convalescence of the Appellees' attorney's mother, age 89, for whom he is designated as trustee, attorney-in-fact, and acting legal guardian; (b) the illness of counsel for the Appellee; (c) the complexity of the legal and factual issues presented by this appeal; and (d) various scheduling complications raised by the active litigation practice of the Counsel for the Appellees combined with numerous hearings, mediations and two complex arbitration hearings.  The combination of these factors has prevented a timely completion of the Appellees' Brief and additional time is needed to fully and completely prepare the Appellees' Response to the Appellants' Brief.

3.      **The Hospitalization and Convalescence of the Mother of Appellees' Counsel**: The Mother of Appellees' counsel is Judith F. Diaz; she is 89 years-old, a widow, and currently convalescing from a hip fracture and hip replacement surgery that occurred in approximately August 3, 2014.  Since that time, due to Mrs. Diaz's physical incapacity and recuperation, O. Rene Diaz, Appellees' Counsel, has become her attorney-in-fact, trustee and legal guardian

pursuant to a duly executed statutory general durable power of attorney, trust documents, and a health care power of attorney. Although she resides in an assisted living facility, she does not have round-the-clock care, and during the week of December 14 – December 20, 2014, Mrs. Diaz unexpectedly fell several times due to unexplained and undiagnosed vertigo and dizziness. During one of the falls on or about December 17, 2014, Mrs. Diaz sustained what appeared to be severe head injury and was hospitalized. Since that date, considering Mrs. Diaz' age and post-surgical hip condition, her hospitalization required extra time and attention from Mr. Diaz (Appellee's counsel) in order to obtain emergency medical treatment, for proper diagnosis, to rule out potential complications, and to manage Mrs. Diaz's complex health insurance issues. As her guardian and attorney-in-fact, Appellees' counsel had to personally manage all aspects of his mother's medical care, interact with hospital and medical personnel, arrange for special transportation needs, and administer health insurance during the same time period most critical to the preparation of the Appellees' Response Brief.

4.      **The Illness of Counsel for the Appellee**: Additionally, O. Rene Diaz, counsel for the Appellees, was sick with a severe cold from approximately December 26, 2014 through December 29, 2014, including acute care at the minor emergency, Texas Med Clinic for diagnosis and treatment on December 27, 2014, and he is still recuperating as of the date of submission of this Second Motion for Extension of Time. Consequently, Appellees' counsel was unable to devote the full amount of time needed to complete the Appellees' Response to the Appellants' Brief within the present time allotted.

5.      **The Complexity of the Issues in this Appeal**: Additionally, as the Court is well aware, the issues in this appeal are complex. This case was officially designated as complex

---

by the Bexar County District Courts shortly after it was filed. The complexity for the trial court is suggestive of the complexity of the issues on appeal. The issues in this appeal are not only numerous, but they are also legally and factually complex, dealing not only with jurisdictional issues such as sovereign immunity, absolute immunity, and legislative immunity, but also with an overlap of statutory and common law causes of action under the Texas Open Meetings Act (TOMA) (with five [5] different statutory violations of TOMA alleged), the Local Government Code, the Texas Water Code, the Health & Safety Code, the Natural Resources Code, the Declaratory Judgment Act, the Texas Constitution.

6. The interrelationship of these seven (7) statutory issues combined with the overlap of nine (9) different common law tort actions, such as tortious interference with existing and prospective business relationships, and conspiracy involve not only the City of Leon Valley, Texas, but also a former City Council Member (Irene Baldridge), with issues such as conflict of interest, failure to disclose and participation in executive meetings, all of which were prohibited by statute. The Appellees contend Baldridge's role in this case as a governmental employee is severable from her role as a private individual. Appellees also assert Baldridge is liable not only in her capacity as a former governmental official (for intentional violations of the Local Government Code and the Texas Open Meetings Act), but that Baldridge is also liable in her non-governmental capacity as a Realtor, as a private business owner, as a representative of the Estate of her late husband, Alie Baldridge, (who was her real estate broker), and as a co-conspirator in committing at least three (3) different torts, in combination with over seven (7) other defendants, who are not governmental entities and who have no immunity whatsoever. Procedurally the case is also complex because of the trial court's

severance of the Plea to the Jurisdiction from the Motions for Summary Judgment issues, each of which have differing standards of review. Due to the complexity of the legal, factual and procedural issues, the Appellees need additional time in which to prepare their Appellees' Brief.

7. **Mandatory Arbitrations for Two Complex Cases Handled During the Same Time Frame by Counsel For Appellees:** During the month of December, 2014, Counsel for Appellees was also involved in two mandatory arbitrations on case that were scheduled on relatively short notice. On December 11, 2014, O. Rene Diaz, counsel for the Appellees, was involved as lead counsel in an arbitration on several contested issues for Cause No. 2013-CI-12731, In the Matter of the Marriage of Paul H. Reed and Karla M. Villafan-Reed and in the Interest of Zoe M. Reed and Jack M. Reed, children. This arbitration took place before the Honorable Victor Negron. On December 15, 2014, Counsel was also involved as lead counsel in the arbitration on contested issues for Cause No. 2012-CI-05052, In the Interest of Dylan Michael Caputo, a child. Both of these arbitrations were final and involved considerable time and preparation, similar to a final bench trial, only the arbitrators' decisions were generally not appealable due to the binding nature of the decisions.

8. Appellees request additional time to file said brief, extending the time until at least January 29, 2014, which is an additional 30 days. Appellees need this additional time to file their brief to allow adequate time for a proper and complete brief due to a combination of all of the grounds alleged and set forth above in this motion.

9. This motion is not made for the purposes of delay but so that justice may be done.

10. The facts recited in this motion are within the personal knowledge of the

---

undersigned counsel and therefore no verification is required under Rule 10.2

## CERTIFICATE OF CONFERENCE

11. Appellants do not oppose the relief sought in this motion. Appellees' counsel conferred via telephone on December 29, 2014, with Appellant's counsel, Clarissa M. Rodriguez, who indicated Appellants do not oppose the motion.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellees request the Court extend the time to file their brief to January 29, 2015.

Respectfully Submitted,

DIAZ JAKOB, LLC
The Historic Milam Building
115 E. Travis St, Suite 333
San Antonio, TX 78205
Tel. (210) 226-4500
Fax (210) 226-4502
E-service/E-Mail: ORD@diazjakob.com

By:_____
O. RENE DIAZ
State Bar No. 05804775
Attorney for Appellees

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Texas Rules of Appellate Procedure on December 30, 2014 to the following:

Patrick Bernal
Clarissa M. Rodriguez
DENTON NAVARRO ROCHA BERNAL HYDE & ZECH. P.C.
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243 phone
210/225-4481 Facsimile
Email: patrick.bernal@rampage-sa.com
Email: clarissa.rodriguez@rampage-sa.com
COUNSEL FOR APPELLANTS

Darby Riley
Riley & Riley, Attorneys at Law
320 Lexington Avenue
San Antonio, Texas 78215
*Attorneys for Irene Baldridge*

O. RENE DIAZ